No. 303. BRASWELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Charles W. Tessmer* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 304. ELLISON *v.* MUTUAL LIFE INSURANCE CO. OF NEW YORK. C. A. 5th Cir. Certiorari denied. *Walter G. Ramseur* and *Stuart B. Warren* for petitioner. *R. W. Shackleford* for respondent.

No. 305. VOGRIN *v.* HEDSTROM. C. A. 8th Cir. Certiorari denied. *Charles M. Miller* for petitioner.

No. 311. LIPSITZ ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Llewellyn A. Luce* and *Walter H. Maloney* for petitioners. *Solicitor General Soberoff, Assistant Attorney General Holland, Ellis N. Slack, Robert N. Anderson* and *Walter Akerman, Jr.* for respondent.

No. 313. ALBANESE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Archibald Palmer* for petitioner.

No. 325. PEONY PARK, INC. ET AL. *v.* O'MALLEY, COLLECTOR OF INTERNAL REVENUE, ET AL. C. A. 8th Cir. Certiorari denied. *William J. Hotz* and *William J. Hotz, Jr.* for petitioners. *Solicitor General Soberoff, Assistant Attorney General Holland, John R. Benney, Ellis N. Slack* and *Robert N. Anderson* for respondents.